AP–48 Entry of Default – Rev. 12/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:  
Joseph Lamonte Humphrey  
    Debtor(s)

Bankruptcy Case No.:  
19–01078–5–JNC

Joseph Lamonte Humphrey  
    Plaintiff(s)  
  vs.  
Cyprus Finance Company  
    Defendant(s)

Adversary Proceeding No.:  
19–00040–5–JNC

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.:

Cyprus Finance Company

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

DATED: May 21, 2019

*[signature: Stephanie J. Butler]*

STEPHANIE J. BUTLER, CLERK OF COURT